IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:14-CV-2663-JLS |
| | ) | |
| DOROTHY A. RECARDE and ROBIN | ) | |
| L. MARCELLO, in her capacity as | ) | |
| Chester County (Pa) Clerk of Court, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Please enter the default of DOROTHY A. RECARDE, for failing to appear in that

she has failed to plead or otherwise defend as provided by Rule 55(a), Fed. R. Civ. P., as

appears from the sworn declaration of Beatriz T. Saiz, attached hereto.

Dated: January 16, 2015

ZANE D. MEMEGER
United States Attorney

By:     /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 227
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6585
        Email: Beatriz.T.Saiz@usdoj.gov





UNDER RESERVE WITH COPY-CLAIM
By: _Dorothy A Recarde_, Agent
Not a corporation, the Living Soul

- SPECIMEN ONLY -

"Your" offer of contract is received and
accepted for value, timely, without
dishonor and with consideration IS
RETURNED to "You" redrafted of My
choosing WISHING NO CONTRACT
with "You" in full accord with FAIR
DEBT COLLECTION, Regulation Z,
TRUTH IN LENDING

1. I do not know "You".
2. I do not know where "You" come
   from.
3. I do not understand "Your" intent.
4. I do not recognize "You".
5. "You" have failed to comply with 26
   USC 6065 and others which require
   "Your" wet-ink autograph under the
   penalties of perjury.
6. "You" have failed to state a claim
   upon which relief can be granted.

If "You", and all-"You"-are, are
representing Me or think "You" are
representing Me, "You" are Fired.
"You" are Fired. "You" are hereby and
forever Fired.

In the Special Appearance by:

Dorothy A. Recarde

not a corporation; the Living Soul
under reserve, without dishonor,
without prejudice, without recourse
in good faith, *no dolus*

by: Dorothy A. Recarde
**Power-of-Attorney-in-Fact**
**No Assured Value**
*Non-Assumpsit*

UNDER RESERVE WITH COPY-CLAIM
By: Dorothy A Recarde, Agent
Not a corporation, the Living Soul

UNDER RESERVE WITH COPY-CLAIM
By: _____, Agent
Not a corporation, the Living Soul



IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          )
                                    )
              Plaintiff,            )
                                    )
       v.                           )          Case No. 5:14-CV-2663-JLS
                                    )
DOROTHY A. RECARDE and ROBIN        )
L. MARCELLO, in her capacity as     )
Chester County (Pa) Clerk of Court, )
                                    )
              Defendants.           )
_____)

## ENTRY OF DEFAULT

Default is hereby entered against defendant, DOROTHY A. RECARDE,

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for having failed to

appear, plead or otherwise defend in this action.

Dated this____ day of _____, 2015.

                                    _____
                                    CLERK, U.S. DISTRICT COURT



UNDER RESERVE WITH COPY-CLAIM
By: Dorothy L Recarde , Agent
Not a corporation, the Living Soul





UNDER RESERVE WITH COPY-CLAIM
By _____ Agent
Not a corporation, the Living Soul

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
     v.                             )        Case No. 5:14-CV-2663-JLS
                                    )
DOROTHY A. RECARDE and ROBIN        )
L. MARCELLO, in her capacity as     )
Chester County (Pa) Clerk of Court, )
                                    )
            Defendants.             )
_____ )

## DECLARATION OF BEATRIZ T. SAIZ

I, BEATRIZ T. SAIZ, pursuant to 28 U.S.C. Section 1746, do hereby declare as

follows:

1.      I am a trial attorney with the Tax Division of the United States

Department of Justice in Washington, D.C.

2.      As part of my duties as a trial attorney with the Tax Division, I have been

assigned litigation responsibility for the above-captioned civil action.

3.      On October 17, 2014, defendant DOROTHY A. RECARDE was personally

served with a summons and a copy of the complaint in this case.  The summons and

return of service were filed and entered with the Court on January 14, 2015.  (Doc. Entry

No. 10.)

4.      Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

defendant DOROTHY A. RECARDE, was required to serve an answer to this complaint


UNDER RESERVE WITH COPY-CLAIM
By Dorothy A Recarde, Agent
Not a corporation, the Living Soul



UNDER RESERVE WITH COPY-CLAIM
By: _Dorothy A Recarde_ , Agent
Not a corporation, the Living Soul

by December 16, 2014, and time for such response has not been extended by the Court.

5.      Defendant DOROTHY A. RECARDE, failed to appear, plead or otherwise defend this action by.

6.      Upon information and belief, defendant DOROTHY A. RECARDE is neither an infant nor incompetent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 16, 2015

/s/ Beatriz.T. Saiz
BEATRIZ T. SAIZ

2



UNDER RESERVE WITH COPY-CLAIM
By Dorothy A Recarde, Agent
Not a corporation, the Living Soul



UNDER RESERVE WITH COPY-CLAIM
By Dorothy A Recarde, Agent
Not a corporation, the Living Soul



IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
    v.                          )          Case No. 5:14-CV-2663-JLS
                                )
DOROTHY A. RECARDE: and ROBIN   )
L. MARCELLO, in her capacity as )
Chester County (Pa) Clerk of Court, )
                                )
            Defendants.         )
_____ )

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing REQUEST TO ENTER DEFAULT,

DECLARATION OF BEATRIZ T. SAIZ and proposed ENTRY OF DEFAULT was

served on the 16th day of January, 2015 by placing true copies and correct copies thereof

in the United States mail, postage prepaid, and properly served upon the following:

> Dorothy A. Recarde
> 277 West Shady Road
> Kirkwood, PA 17536

                              /s/   Beatriz T. Saiz
                              BEATRIZ T. SAIZ



UNDER RESERVE WITH COPY-CLAIM
By Dorothy A Recarde, Agent
Not a corporation, the Living Soul



UNDER RESERVE WITH COPY-CLAIM
By Dorothy i Recarde, Agent
Not a corporation, the Living Soul