IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CIVIL ACTION
: NO. 14-2663
DOROTHY A. RECARDE, et al. :

**FILED**

AUG - 5 2016

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

**ORDER**

**AND NOW**, this 25TH day of July, 2016, a default having been entered on May 13, 2015 due to Defendants' failure to appear and defend the instant matter, and upon consideration of Plaintiff's Motion for Default Judgment, it is **ORDERED** that a hearing is scheduled for *Thursday, September 1, 2016 at 10:00 a.m.*, in the courtroom of the undersigned, The Madison Building, 400 Washington Street, Reading, Pennsylvania.

**IT IS FURTHER ORDERED** that Plaintiff shall serve the Defendants with a copy of this Order within 5 days.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL**

---

"Your" offer of contract is received and accepted timely, without dishonor and with reservation of My rights. RETURNED to "You" redrafted choosing WISELY NO CONTRACT with "You" in full accord with FAIR DEBT COLLECTION, Regulation Z, TRUTH-IN-LENDING.

1. I do not know "You".
2. I do not know where "You" come from.
3. I do not understand "You".
4. I do not recognize "You".
5. "You" have failed to comply with 26 USC 6065 and other paragraph under penalties of Perjury with a "wet-ink" and notary claim.
6. "You" have failed to state a claim upon which relief can be granted.

If "You" think "You" are, are representing Me or think "You" are representing Me, "You" are Fired, "You" are hereby and "You" are Fired forever Fired.

In the Special Appearance by:
Dorothy A. Recarde
not a corporation; the Living Soul
under reserve, without dishonor,
without prejudice, without recourse
in good faith, *no dolus*

by: /Dorothy A. Recarde/
Power-of-Attorney-in-fact
No Assured Value
Non-Assumpsit

UNDER RESERVE WITH COPY-CLAIM
By: /Dorothy A. Recarde/, Agent
Not a corporation, the Living Soul

Postage stamp dated August 1, 2016, signed Dorothy A. Recarde.

SPECIMEN

"Your" offer of contract is received and accepted for value, timely, without dishonor and with consideration IS RETURNED to "You" redrafted of My choosing WISHING NO CONTRACT with "You" in full accord with FAIR DEBT COLLECTION, Regulation Z, TRUTH IN LENDING

1. I do not know "You".
2. I do not know where "You" come from.
3. I do not understand "Your" intent.
4. I do not recognize "You".
5. "You" have failed to comply with 26 USC 6065 and others which require "Your" wet-ink autograph under the penalties of perjury.
6. "You" have failed to state a claim upon which relief can be granted.

If "You", and all-"You" are, are representing Me or think "You" are representing Me, "You" are fired. "You" are Fired. "You are hereby and forever Fired.

In the Special Appearance by:

   Dorothy A. Recarde

   not a corporation; the Living Soul
   under reserve, without dishonor,
   without prejudice, without recourse
   in good faith, *no dolus*

   by: *Dorothy A. Recarde*
   Power-of-Attorney-in-Fact
   No Assured Value
   *Non-Assumpsit*

UNDER RESERVE WITH COPY-CLAIM
By *Dorothy A. Recarde*, Agent
Not a corporation, the Living Soul

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  )
)  Case No. 5:14-cv-2663-JLS
Plaintiff,  )
)
v.  )
)
DOROTHY A. RECARDE; and  )
BRYAN D. WALTERS, in his capacity  )
As Chester County (Pa) Prothonotary,  )
)
Defendants.  )
_____ )

## CERTICATE OF SERVICE

IT IS HEREBY CERTIFIED that the ORDER DATED JULY 26, 2016 issued in this

~~ ~~~~~d on July 27, 2016 upon the following in the following manner:

VIA FEDERAL ~~~~~
AND FIRST CLASS MAIL
Bryan Walters
Chester County Prothonotary
201 West Market Street
Suite 1425
West Chester, PA 19380

VIA FEDERAL EXPRESS
AND FIRST CLASS MAIL
Dorothy A. Recarde
277 West Shady Road
Kirkwood, PA 17536

/s/ Beatriz T. Saiz
BEATRIZ T. SAIZ

UNDER RESERVE WITH COPY-CLAIM
By: Dorothy A Recarde Agent
Not a corporation, the Living Soul

14212438.1